# Earnings Statement

**PECO Energy Company**
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Page 001 of 002
Period Beg/End: 06/24/2022 - 07/08/2022
Advice Date: 07/15/2022
Advice Number: 0000015906
Batch Number: SCE4VL4HA6BU

Employee Helpdesk ███████66

Fister, Robert
244 Baltimore Pike, Unit# 328
Glen Mills, PA 19342

Basis of Pay: Salary
Pay Rate: 102311.43

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| ATP | | | 0.00 | 17966.89 |
| AllowBYODVc | | | 15.50 | 201.50 |
| DirDpst_Ref | | | 0.00 | 2380.01 |
| Hol_Company | 49.1882 | 8.00 | 393.50 | 1938.74 |
| Hol_CompanyR | | | 0.00 | 383.91 |
| Hol_Float R | | | 0.00 | 191.95 |
| Hol_Float | | | 0.00 | 1377.28 |
| RegExmpEXHR | | | 0.00 | 1156.52 |
| Regular Sal | 49.1900 | 78.67 | 3869.48 | 48935.97 |
| Regular SalR | | | 0.00 | 1343.68- |
| Reimb_Concur | | | 65.52 | 141.57 |
| Sick Paid | | | 0.00 | 787.02 |
| Vacation | | | 0.00 | 1929.15 |
| VacationR | | | 0.00 | 767.82 |
| **Gross Pay** | | | **4344.00** | **74091.57** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| FIT | | 464.64 | 10164.39 |
| Medicare Employee | | 60.99 | 1063.56 |
| Social Security Employee | | 260.79 | 4547.64 |
| PASIT | | 128.10 | 2238.57 |
| PASUI Employee | | 2.55 | 44.45 |
| Head Tax(PAChesterTredyffrin To | | 2.16 | 28.08 |
| **Total Taxes** | | **919.23** | **18086.69** |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| Deductions | | |
| *Dental (D) | 3.89 | 50.57 |
| *E401K | 724.71 | 9350.51 |
| *Medical (D) | 72.35 | 940.55 |
| *STD_BuyUp_D | 4.48 | 57.80 |
| *VisionHrng_D | 9.50 | 123.50 |
| E401K Loan | 212.93 | 2768.09 |
| Employee Giving | 4.00 | 52.00 |
| **Total Deductions** | **1031.86** | **13343.02** |
| **Net Pay** | **2392.91** | **45384.94** |

| Imputed Income | | |
|---|---|---|
| Imp GTL 50K | 33.66 | 429.94 |

| Company-Paid Deds | | |
|---|---|---|
| BasLfInsur_A | 6.75 | 86.95 |
| Dental (A) | 15.56 | 202.28 |
| E401K Employer Ma | 127.89 | 1650.09 |
| LongTermDisA | 14.86 | 214.86 |
| Medical (A) | 289.39 | 3762.07 |
| ProfSharER | 0.00 | 1319.97 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 134.29 | 8.00 | 126.29 |
| Annual Eligibility | | | 120.00 |
| Sick | 80.00 | 16.00 | 64.00 |
| Floating | 32.00 | 28.00 | 4.00 |

Direct Deposits

*Excluded from taxable wages

---

**PECO Energy Company**
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000015906
Advice Date: 07/15/2022



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Fister, Robert | Checking ████ | | $2392.91 |

# Earnings Statement



PECO Energy Company
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Period Beg/End: 07/09/2022 - 07/23/2022
Advice Date: 07/29/2022
Advice Number: 0000009067
Batch Number: SC47ZPGK1JBA

Page 001 of 002

Employee
Helpdesk                                      6

Fister, Robert
244 Baltimore Pike, Unit# 328
Glen Mills, PA 19342

Basis of Pay:        Salary
Pay Rate:            102311.43

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 17966.89 |
| AllowBYODVc | | | 15.50 | 217.00 |
| DirDpst_Ref | | | 0.00 | 2380.01 |
| Hol_Company | | | 0.00 | 1938.74 |
| Hol_CompanyR | | | 0.00 | 383.91 |
| Hol_Float R | | | 0.00 | 191.95 |
| Hol_Float | | | 0.00 | 1377.28 |
| RegExmpEXHR | | | 0.00 | 1156.52 |
| Regular Sal | 49.1900 | 46.67 | 2295.43 | 51231.40 |
| Regular SalR | | | 0.00 | 1343.68- |
| Reimb_Concur | | | 169.14 | 310.71 |
| Sick Paid | | | 0.00 | 787.02 |
| Vacation | 49.1882 | 40.00 | 1967.55 | 3896.70 |
| VacationR | | | 0.00 | 767.82 |
| Gross Pay | | | 4447.62 | 78354.55 |

### Taxes

| | | This Period | Year-to-Date |
|---|---|---|---|
| FIT | | 464.64 | 10629.03 |
| Medicare Employee | | 60.99 | 1124.55 |
| Social Security Employee | | 260.80 | 4808.44 |
| PASIT | | 128.10 | 2366.67 |
| PASUI Employee | | 2.56 | 47.01 |
| Head_Tax(PAChesterTredyffrin To | | 2.16 | 30.24 |
| Total Taxes | | 919.25 | 19005.94 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 3.89 | 54.46 |
| *E401K | 724.71 | 10075.22 |
| *Medical (D) | 72.35 | 1012.90 |
| *STD_BuyUp_D | 4.48 | 62.28 |
| *VisionHrng_D | 9.50 | 133.00 |
| E401K Loan | 212.93 | 2981.02 |
| Employee Giving | 4.00 | 56.00 |
| Total Deductions | 1031.86 | 14374.88 |
| Net Pay | 2496.51 | 47881.45 |

| Imputed Income | | |
|---|---|---|
| Imp GTL 50K | 33.66 | 463.60 |

| Company-Paid Deds | | |
|---|---|---|
| BasLfInsur_A | 6.75 | 93.70 |
| Dental (A) | 15.56 | 217.84 |
| E401K Employer Ma | 127.89 | 1777.98 |
| LongTermDisA | 14.86 | 229.72 |
| Medical (A) | 289.39 | 4051.46 |
| ProfSharER | 0.00 | 1319.97 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 138.90 | 48.00 | 90.90 |
| Annual Eligibility | | | 120.00 |
| Sick | 80.00 | 16.00 | 64.00 |
| Floating | 32.00 | 28.00 | 4.00 |

**Direct Deposits**

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSIT/3)

---



PECO Energy Company
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number:    0000009067
Advice Date:      07/29/2022

**Deposited to the account of**
Fister, Robert

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | | | $2496.51 |

THIS IS NOT A CHECK

# Earnings Statement

**exelon** PECO Energy Company
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Page 001 of 002
Period Beg/End: 07/24/2022 - 08/08/2022
Advice Date: 08/15/2022
Advice Number: 0000013911
Batch Number: SCHT7HUHPWCC

Employee Helpdesk

Fister, Robert
244 Baltimore Pike, Unit# 328
Glen Mills, PA 19342

Basis of Pay: Salary
Pay Rate: 102311.43

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 17966.89 |
| AllowBYODVc | | | 15.50 | 232.50 |
| DirDpst_Ref | | | 0.00 | 2380.01 |
| Hol_Company | | | 0.00 | 1938.74 |
| Hol_CompanyR | | | 0.00 | 383.91 |
| Hol_Float R | | | 0.00 | 191.95 |
| Hol_Float | | | 0.00 | 1377.28 |
| RegExmpEXHR | | | 0.00 | 1156.52 |
| Regular Sal | 49.1900 | 86.67 | 4262.98 | 55494.38 |
| Regular SalR | | | 0.00 | 1343.68- |
| Reimb_Concur | | | 0.00 | 310.71 |
| Sick Paid | | | 0.00 | 787.02 |
| Vacation | | | 0.00 | 3896.70 |
| VacationR | | | 0.00 | 767.82 |
| Gross Pay | | | 4278.48 | 82617.53 |

### Taxes

| | | | |
|---|---|---|---|
| FIT | | 464.64 | 11093.67 |
| Medicare Employee | | 61.00 | 1185.55 |
| Social Security Employee | | 260.80 | 5069.24 |
| PASIT | | 128.10 | 2494.77 |
| PASUI Employee | | 2.56 | 49.57 |
| Head_Tax(PAChesterTredyffrin To | | 2.16 | 32.40 |
| Total Taxes | | 919.26 | 19925.20 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 3.89 | 58.35 |
| *E401K | 724.71 | 10799.93 |
| *Medical (D) | 72.35 | 1085.25 |
| *STD_BuyUp_D | 4.48 | 66.76 |
| *VisionHrng_D | 9.50 | 142.50 |
| E401K Loan | 212.93 | 3193.95 |
| Employee Giving | 4.00 | 60.00 |
| Total Deductions | 1031.86 | 15406.74 |
| **Net Pay** | **2327.36** | **50208.81** |

| Imputed Income | | |
|---|---|---|
| Imp GTL 50K | 33.66 | 497.26 |

| Company-Paid Deds | | |
|---|---|---|
| BasLfInsur_A | 6.75 | 100.45 |
| Dental (A) | 15.56 | 233.40 |
| E401K Employer Ma | 127.89 | 1905.87 |
| LongTermDisA | 14.86 | 244.58 |
| Medical (A) | 289.39 | 4340.85 |
| ProfSharER | 0.00 | 1319.97 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 145.82 | 48.00 | 97.82 |
| Annual Eligibility | | | 120.00 |
| Sick | 80.00 | 16.00 | 64.00 |
| Floating | 32.00 | 28.00 | 4.00 |

### Direct Deposits

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSRX0)

---

**exelon** PECO Energy Company
Payroll Services
P.O. Box 4647
Chicago, IL 60680

Advice Number: 0000013911
Advice Date: 08/15/2022





| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Fister, Robert | Checking | | $2327.36 |



# Earnings Statement

| | |
|---|---|
| PECO Energy Company | Page 001 of 002 |
| Payroll Services | Period Beg/End: 08/09/2022 - 08/23/2022 |
| P.O. Box 4647 | Advice Date: 08/30/2022 |
| Chicago, IL 60680 | Advice Number: 0000007091 |
| | Batch Number: SCXBWEVJ4858 |

Employee Helpdesk

Fister, Robert
244 Baltimore Pike, Unit# 328
Glen Mills, PA 19342

Basis of Pay:        Salary
Pay Rate:            102311.43

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| AIP | | | 0.00 | 17966.89 |
| AllowBYODVc | | | 15.50 | 248.00 |
| DirDpst_Ref | | | 0.00 | 2380.01 |
| Hol_Company | | | 0.00 | 1938.74 |
| Hol_CompanyR | | | 0.00 | 383.91 |
| Hol_Float R | | | 0.00 | 191.95 |
| Hol_Float | | | 0.00 | 1377.28 |
| RegExmpEXHR | | | 0.00 | 1156.52 |
| Regular Sal | 49.1900 | 86.67 | 4262.98 | 59757.36 |
| Regular SalR | | | 0.00 | 1343.68- |
| Reimb_Concur | | | 62.50 | 373.21 |
| Sick Paid | | | 0.00 | 787.02 |
| Vacation | | | 0.00 | 3896.70 |
| VacationR | | | 0.00 | 767.82 |
| Gross Pay | | | 4140.98 | 86080.51 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| FIT | 464.64 | 11558.31 |
| Medicare Employee | 60.99 | 1246.54 |
| Social Security Employee | 260.80 | 5330.04 |
| PASIT | 128.10 | 2622.87 |
| PASUI Employee | 2.56 | 52.13 |
| Head Tax(PAChesterTredyffrin To | 2.16 | 34.56 |
| Total Taxes | 919.25 | 20844.45 |

| Other Deductions | This Period | Year-to-Date |
|---|---|---|
| **Deductions** | | |
| *Dental (D) | 3.89 | 62.24 |
| *E401K | 724.71 | 11524.64 |
| *Medical (D) | 72.35 | 1157.60 |
| *STD_BuyUp_D | 4.48 | 71.24 |
| *VisionHrng_D | 9.50 | 152.00 |
| E401K Loan | 212.93 | 3406.88 |
| Employee Giving | 4.00 | 64.00 |
| Total Deductions | 1031.86 | 16438.60 |
| Net Pay | 2389.87 | 52598.68 |

| Imputed Income | This Period | Year-to-Date |
|---|---|---|
| Imp GTL 50K | 33.66 | 530.92 |

| Company-Paid Deds | This Period | Year-to-Date |
|---|---|---|
| BasLfInsur_A | 6.75 | 107.20 |
| Dental (A) | 15.56 | 248.96 |
| E401K Employer Ma | 127.89 | 2033.76 |
| LongTermDisA | 14.86 | 259.44 |
| Medical (A) | 289.39 | 4630.24 |
| ProfSharER | 0.00 | 1319.97 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Vacation | 150.44 | 48.00 | 102.44 |
| Annual Eligibility | | | 120.00 |
| Sick | 80.00 | 16.00 | 64.00 |
| Floating | 32.00 | 28.00 | 4.00 |

**Direct Deposits**

*Excluded from taxable wages

---



| | PECO Energy Company | | |
|---|---|---|---|
| | Payroll Services | Advice Number: | 0000007091 |
| | P.O. Box 4647 | | |
| | Chicago, IL 60680 | Advice Date: | 08/30/2022 |

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Fister, Robert | Checking | | $2389.87 |