**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ROBERT S. FISTER | CHAPTER 13 |
| | Debtor | CASE NO.   22-12447-mdc |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST PETITION OBLIGATIONS IN ACCORDANCE**
**WITH 11 U.S.C. §§ 1325(a)(8) AND (a)(9)**

I, hereby certify in connection with the confirmation hearing in the above case:

1.  The above-named debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2.  The above-named debtor has filed all applicable Federal, State and Local tax returns, as required by 11 U.S.C. § 1308.

3.  If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Lohr & Associates, Ltd.

Date:  January 18, 2023        By:    /s/ Robert J. Lohr II
                                      Counsel for the Debtor


Date:  January 18, 2023               /s/ Robert S. Fister
                                      Debtor