**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert** | **S** | **Fister** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number **22-12447**
(if known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|
| **2.1 Internal Revenue Service** — Describe the property that secures the claim: | $72,771.08 | $255,634.20 | $2,859.33 |

Creditor's Name

**P.O. Box 7346
Philadelphia, PA
19101-7346**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**244 Baltimore Pike Unit 328 Glen Mills, PA 19342  Delaware County  The Redfin value of this property is $279,876 and the Zillow value of this property is $288,200.  The average of these values is $284,038.00.  If the Debtor sold this proper**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  2021    **Last 4 digits of account number**  9749

Debtor 1  **Robert S Fister**  
    First Name    Middle Name    Last Name

Case number (if known) **22-12447**

| 2.2 | **Rocket Mortgage** | Describe the property that secures the claim: | $185,722.45 | $255,634.20 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**244 Baltimore Pike Unit 328 Glen Mills, PA 19342  Delaware County  The Redfin value of this property is $279,876 and the Zillow value of this property is $288,200.  The average of these values is $284,038.00.  If the Debtor sold this proper**

P.O. Box 6577  
Carol Stream, IL  
60197-6577  
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **2021**  
Last 4 digits of account number  **2785**

---

| 2.3 | **Wells Fargo Bank N.A.** | Describe the property that secures the claim: | $48,243.00 | $41,920.00 | $6,323.00 |
|---|---|---|---|---|---|
| | Creditor's Name | | | | |

**2022 Hyundai Sante Fe 6,945 miles**

d/b/a Wells Fargo Auto  
P.O. Box 130000  
Raleigh, NC 27605  
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **Opened 10/21  Last Active 7/28/22**  
Last 4 digits of account number  **2054**

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$306,736.53**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$306,736.53**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Debtor 1 | **Robert S Fister** | | | Case number (if known) | **22-12447** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]  Name, Number, Street, City, State & Zip Code
**Internal Revenue Service**
**Attention: Kevin Connelly**
**600 Arch Street**
**Room 5200**
**Philadelphia, PA 19106**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Quicken Loans**
**Attention: Bankruptcy**
**1050 Woodward Avenue**
**Detroit, MI 48226**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number ___

[ ]  Name, Number, Street, City, State & Zip Code
**Wells Fargo Auto**
**P.O. Box 17900**
**Denver, CO 80217-0900**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___