United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12447-mdc
Robert S Fister  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Mar 23, 2023      Form ID: 155      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S Fister, 244 Baltimore Pike, Unit 328, Glen Mills, PA 19342-1192 |
| 14721215 | | Advance America, 2729 Philadelphia Pike, Claymont, DE 19703 |
| 14721217 | + | Exelon HR Services, 4025 Delridge Way, Suite 250, Seattle, WA 98106-1273 |
| 14721218 | + | Figure Lending/Figure, Attn: Bankruptcy, P.O. Box 40534, Reno, NV 89504-4534 |
| 14721220 | | Garnet Valley School District, c/o Louis Girolami, P. O. Box 1137, Concordville, PA 19331-1137 |
| 14721223 | | Lending Point, Credit Corp, 121 West South Election Road, Draper, UT 84020 |
| 14721224 | | Lending Point LLC, P.O. Box 88599, Milwaukee, WI 53288-8599 |
| 14721226 | + | Lendmark Financial Services, 1500 Garrett Road, Suite F, Upper Darby, PA 19082-4519 |
| 14721227 | + | Minute Loan, 2501 Concord Pike, Wilmington, DE 19803-5002 |
| 14721230 | | Sandy Okino, 8 E. Rhodes Avenue, West Chester, PA 19382-5520 |
| 14724424 | + | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14721234 | | Wells Fargo Auto, P.O. Box 17900, Denver, CO 80217-0900 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14735472 | + | Email/Text: bnc@bass-associates.com | Mar 24 2023 00:05:00 | Accelerated Inventory Mgt. LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 14721214 | + | Email/Text: customercare@adminrecovery.com | Mar 24 2023 00:06:00 | Admin Recovery, LLC, 6225 Sheridan Drive, Suite 118, Buffalo, NY 14221-4800 |
| 14721219 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 24 2023 00:05:00 | Freedom Plus, 1875 S. Grant Street, #400, San Mateo, CA 94402 |
| 14721216 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2023 00:06:00 | Department of the Treasury, Internal Revenue Service, Fresno, CA 93888-0025 |
| 14721225 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 24 2023 00:05:00 | Lendmark Financial Services, 2118 Usher St., Covington, GA 30014 |
| 14721222 | + | Email/Text: Documentfiling@lciinc.com | Mar 24 2023 00:06:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14737694 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2023 00:06:00 | Quantum3 Group LLC as agent for, AXIOM ACQUISITION VENTURES LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14729464 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2023 00:06:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14721228 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2023 00:06:00 | Quicken Loans, Attention: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14721229 | | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2023 00:06:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | IL 60197-6577 |
| 14722560 | ^ | MEBN | Mar 24 2023 00:03:48 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14727912 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2023 00:06:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC fka Qu, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14721231 | | Email/Text: bankruptcy@td.com | Mar 24 2023 00:06:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street, P.O. Box 1377, Lewiston, ME 04243 |
| 14721232 | | Email/Text: bknotice@upgrade.com | Mar 24 2023 00:06:00 | Upgrade, 2 N. Central Avenue, Floor 10, Phoenix, AZ 85004 |
| 14721233 | ^ | MEBN | Mar 24 2023 00:03:42 | Velocity Investments, LLC, P.O. Box 788, Belmar, NJ 07719-0788 |
| 14734738 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14724040 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 24 2023 00:11:14 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14721235 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 24 2023 00:11:01 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14721213 | | 22-12447 |
| 14721221 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Attention: Kevin Connelly, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 30 |

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

ROBERT J. LOHR, II

on behalf of Debtor Robert S Fister bob@lohrandassociates.com leslie@lohrandassociates.com;r59687@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Robert S Fister
    Debtor(s)

Chapter: 13

Bankruptcy No: 22−12447−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 23, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

29
Form 155