**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **ROBERT S. FISTER** | **:** | **CHAPTER 13** |
| | | **:** | |
| | **Debtor** | **:** | **CASE NO.   22-12447-mdc** |
| | | **:** | |

**CERTIFICATE OF NO RESPONSE**

Debtor, Robert S. Fister, by and through his attorneys Lohr & Associates, Ltd., hereby certifies the following:

1.      On November 28, 2023, Lohr & Associates, Ltd., filed an Application for Compensation with a Notice of Application for Compensation, Proposed Order and Certificate of Service in the above-captioned bankruptcy case.

2.      On November 28, 2023, the Application for Compensation, Notice of Application for Compensation, Proposed Order and Certificate of Service were timely served on all interested parties, including the United States Trustee and Chapter 13 Trustee as shown on the Certificate of Service.

3.      No party in interest has served or filed any answer, objection or other responsive pleading relating to the Application for Compensation.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an order granting the Application for Compensation.

**\*\*\* SIGNATURE PAGE FOLLOWS \*\*\***

Respectfully submitted,

Lohr & Associates, Ltd.

Date:  December 18, 2023              By:      /s/ Robert J. Lohr II
                                               1246 West Chester Pike
                                               Suite 312
                                               West Chester, PA 19382
                                               (610) 701-0222 - telephone
                                               (610) 431-2792 - facsimile
                                               bob@lohrandassociates.com - email