# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    **ROBERT S. FISTER** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | CASE NO.    22-12447-mdc |
| | : | |

## ORDER APPROVING APPLICATION FOR COMPENSATION

AND NOW, this 21st day of December, 2023, upon consideration of the Application for Compensation and any answers, objections or responsive pleadings, it is ORDERED that compensation of $5,000.00 is allowed and the balance due to counsel in the amount of $5,000.00 shall be distributed to counsel for the Debtor.

_____
Magdeline D. Coleman,
Chief United States Bankruptcy Judge