# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-12447 |
| **Robert S Fister** | : Chapter 13 |
| | : Judge Magdeline D. Coleman |
| Debtor(s) | : * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : Date and Time of Hearing |
| | : Place of Hearing |
| Movant, | : January 16, 2024 at 10:30 a.m. |
| vs | : |
| | : U.S. Bankruptcy Court |
| **Robert S Fister** | : 900 Market Street, Suite 400, Courtroom #2 |
| **Kenneth E. West** | : Philadelphia, PA, 19107 |
| Respondents. | : |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2022 HYUNDAI SANTA FE WITH THE VEHICLE IDENTIFICATION NUMBER 5NMS5DALXNH394432 (DOCUMENT NO. 35)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on December 18, 2023, at Document No. 35 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than January 2, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

23-030035_JHH

Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-030035_JHH

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 22-12447** |
| **Robert S Fister** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s) | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| Movant, | : | **January 16, 2024 at 10:30 a.m.** |
| vs | : | |
| | : | **U.S. Bankruptcy Court** |
| **Robert S Fister** | : | **900 Market Street, Suite 400, Courtroom #2** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay to Permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto To Repossess the 2022 Hyundai Santa Fe with the Vehicle Identification Number 5NMS5DALXNH394432 (Document No. 35) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

ROBERT J. LOHR II, Attorney for Robert S Fister, bob@lohrandassociates.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Robert S Fister, 244 Baltimore Pike, Unit 328, Glen Mills, PA 19342

/s/Alyk L. Oflazian
_____

23-030035_JHH