IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 22-12447 |
| **Robert S Fister** | : | Chapter 13 |
| | : | Judge Magdeline D. Coleman |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Date and Time of Hearing |
| | : | February 6, 2024 at 10:30 a.m. |
| Movant, | : | |
| vs | : | Place of Hearing |
| | : | U.S. Bankruptcy Court |
| **Robert S Fister** | : | |
| **Kenneth E. West** | : | |
| Respondents. | : | Related Document # 35 |

## ORDER OF COURT

AND NOW, to wit, this __14th__ day of __February__, 2024, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

ROBERT J. LOHR II, Attorney for Debtor, 1246 West Chester Pike, Suite 312, West Chester, PA  19382,  bob@lohrandassociates.com (notified by ecf)

Robert S Fister, Debtor, 244 Baltimore Pike, Unit 328, Glen Mills, PA  19342 (notified by regular US Mail)