United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                        Case No. 22-12447-mdc

Robert S Fister                                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 2

Date Rcvd: Feb 15, 2024                       Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

**Recip ID                Recipient Name and Address**
db                     +  Robert S Fister, 244 Baltimore Pike, Unit 328, Glen Mills, PA 19342-1192

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

ADAM BRADLEY HALL
                                   on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto. amps@manleydeas.com

ALYK L OFLAZIAN
                                   on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto. amps@manleydeas.com

DENISE ELIZABETH CARLON
                                   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                                   ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                                   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com

ROBERT J. LOHR, II
                                   on behalf of Debtor Robert S Fister bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com

District/off: 0313-2                          User: admin                                Page 2 of 2
Date Rcvd: Feb 15, 2024                       Form ID: pdf900                             Total Noticed: 1

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 22-12447** |
| **Robert S Fister** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | : | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Date and Time of Hearing** |
| **Fargo Auto** | : | **February 6, 2024 at 10:30 a.m.** |
| **Movant,** | : | |
| | : | |
| vs | : | **Place of Hearing** |
| | : | **U.S. Bankruptcy Court** |
| **Robert S Fister** | : | |
| **Kenneth E. West** | : | |
| | : | |
| **Respondents.** | : | **Related Document # 35** |

**ORDER OF COURT**

AND NOW, to wit, this __14th__ day of _____February_____, 2024, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.      The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2.      Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

By the Court:

_Magdeline D. Coleman_

_____

MAGDELINE D. COLEMAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

ROBERT J. LOHR II, Attorney for Debtor, 1246 West Chester Pike, Suite 312, West Chester,
PA  19382,  bob@lohrandassociates.com (notified by ecf)

Robert S Fister, Debtor, 244 Baltimore Pike, Unit 328, Glen Mills, PA  19342 (notified by
regular US Mail)