# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Robert S Fister** | : | Case No.: 22-12447 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Derek J. Baker** |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Stephen R. Franks as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor"). Stephen R. Franks is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Stephen R. Franks  
Stephen R. Franks (0075345)  
MDK Legal  
P.O. Box 165028  
Columbus, OH 43216-5028  
614-220-5611; Fax 614-627-8181  
SRFranks@mdklegal.com

/s/ Adam B. Hall  
Adam B. Hall (323867)  
MDK Legal  
P.O. Box 165028  
Columbus, OH 43216-5028  
614-220-5611; Fax: 614-627-8181  
ABHall@mdklegal.com

23-030035_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-12447** |
| **Robert S Fister** : | **Chapter 13** |
| : | **Judge Derek J. Baker** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** : | **Related Document #** |
| : | |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Robert S Fister** : | |
| **Kenneth E. West** : | |
| **Respondents.** : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

ROBERT J. LOHR II, Attorney for Robert S Fister, bob@lohrandassociates.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Robert S Fister, 244 Baltimore Pike, Unit 328, Glen Mills, PA 19342

/s/ Adam B. Hall

23-030035_PS