United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 22-12447-djb

Robert S Fister                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 24, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert S Fister, 244 Baltimore Pike, Unit 328, Glen Mills, PA 19342-1192 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025               Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto. amps@manleydeas.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROBERT J. LOHR, II | |
| | on behalf of Debtor Robert S Fister bob@lohrandassociates.com  leslie@lohrandassociates.com;r59687@notify.bestcase.com |
| United States Trustee | |

District/off: 0313-2                    User: admin                        Page 2 of 2
Date Rcvd: Oct 24, 2025                 Form ID: pdf900                     Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Robert S Fister <br> _Debtor_ | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC <br> _Moving Party_ <br> vs. | NO. 22-12447 DJB |
| Robert S Fister <br> _Debtor_ | |
| Kenneth E. West <br> _Trustee_ | 11 U.S.C. Section 362 |

<u>**STIPULATION**</u>

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.       As of September 22, 2025, the post-petition arrearage on the mortgage held by Movant on Debtor's residence is **$5,763.99**. Post-petition funds received after September 22, 2025, will be applied per the terms of this Stipulation as outlined herein. The arrearage is itemized as follows:

Post-Petition Payments:        July 2025 through September 2025 at $1,921.33 each
**Total Post-Petition Arrears:        $5,763.99**

2.       The Debtor shall cure said arrearages in the following manner:

a). Beginning **October 2025** and continuing through **February 2026**, until the arrearages are cured, Debtor shall pay the present regular monthly mortgage payment of **$1,921.33** (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$960.67** towards the arrearages on or before the last day of each month, with a final installment payment of **$960.64** due **March 2026**, at the address below:

Rocket Mortgage, LLC f/k/a Quicken Loans, LLC
635 Woodward Ave, Detroit, Michigan 48226

b). Maintenance of current monthly mortgage payments to Movant thereafter.

3.       Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4.    In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court may enter an Order granting Movant relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

5.    If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court may enter an order granting Movant relief from the automatic stay.

6.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

7.    The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

8.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    September 23, 2025                  /s/ Matthew Fissel
                                            Matthew Fissel, Esq.
                                            Attorney for Movant

Date:    10/7/2025                          Robert J. Lohr, II
                                            Robert J. Lohr, II, Esq.
                                            Attorney for Debtor

                                            No Objection
Date:    October 14, 2025                   /s/ LeeAne O. Huggins

                                            Kenneth E. West
                                            Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2025.  However, the Court retains discretion regarding entry of any further order.

                                            _____
                                            Bankruptcy Judge
                                            Derek J. Baker

**Date: October 24, 2025**