# United States Bankruptcy Court

Eastern District of Pennsylvania (Philadelphia)

| | |
|---|---|
| IN RE:    ROBERT S FISTER | CASE NO.:   22-12447 |
| | CHAPTER:   13 |

Debtors

**Change of address – Payment for Creditor**

As to Claim 1-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

11/13/2025                                           /s/Lisa Johnson
                                                              Account Resolution Associate Manager
                                                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Eastern District of Pennsylvania (Philadelphia)

| | | |
|---|---|---|
| IN RE:   ROBERT S FISTER | CASE NO: | 22-12447 |
| | CHAPTER: | 13 |

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 11/13/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
  Lisa Johnson
  Account Resolution Associate Manager

☐ By mail:
  [Name]
  [Address]

☐ By [Method of delivery]:
  [Name]
  [Address]

11/13/2025                                /s/Lisa Johnson
                                          Account Resolution Associate Manager
                                          Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto