**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>ROBERT S FISTER<br>Debtor(s)<br>ROCKET MORTGAGE, LLC,<br>Movant<br><br>v.<br>ROBERT S FISTER<br>Debtor(s)<br><br>KENNETH E. WEST<br>Trustee<br>Respondent(s) | Chapter 13<br><br>Case Number: 22-12447-DJB |
| In Re:<br>ROBERT S FISTER | Chapter 13 |

**<u>ORDER</u>**

AND NOW, this 28th day of July, 2026, upon the Motion for Relief from Automatic Stay and upon Consent Order/Stipulation of Rocket Mortgage, LLC and any successor in interest and Debtor, Robert S Fister, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED AND DECREED that

The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362, is modified to allow Rocket Mortgage, LLC (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 244 Baltimore Pike Unit 328, Glen Mills, PA 19342.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

BY THE COURT:

______________________________

**Date: August 20, 2026**

UNITED STATES BANKRUPTCY JUDGE